United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Grupo Especializado de Servicios Aeros S de RL de CV, Plaintiff<br><br>v.<br><br>VP Sales & Consulting, Inc. and Jet Services Center Corp., Defendants. | )<br>)<br>)<br>) Civil Action No. 16-60937-Civ-Scola<br>)<br>) |

## Order Requiring Amended Complaint

Federal courts are obligated to conduct a preliminary examination of the record to determine that jurisdiction exists. *Kelly v. Harris*, 331 F.3d 817, 819 (11th Cir. 2003). In reviewing the record, the Court is uncertain whether it has subject matter jurisdiction over this action.

A party seeking to invoke a federal court's diversity jurisdiction must allege "facts" that show that federal subject matter jurisdiction exists. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013). "Those allegations, when federal jurisdiction is invoked based upon diversity, must include the citizenship of each party, so that the court is satisfied that no plaintiff is a citizen of the same state as any defendant." *Id.*

The Plaintiff alleges that it "is a Mexican Corporation with its principal place of business in Toluca, Mexico." (Compl. ¶ 2, ECF No. 1.) However, "a foreign corporation . . . is a citizen for diversity jurisdiction purposes of the country where it is chartered and of the state where it has its principal place of business." *Crist v. Carnival Corp.*, 410 F. App'x 197, 200 (11th Cir. 2010). Plaintiff fails to allege where it is chartered.

Because of these deficiencies, the Court is unable to ascertain whether complete diversity exists. The Plaintiff bears the burden of establishing subject matter jurisdiction, because it brings the claims in this lawsuit. *Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F.3d 1242, 1247 (11th Cir. 2005). Accordingly, the Court **orders** the Plaintiff to file an Amended Complaint, by **May 19, 2016**, adequately alleging facts that demonstrate federal subject matter jurisdiction.

**Done and ordered**, at Miami, Florida, on May 5, 2016.

Robert N. Scola, Jr.
United States District Judge