## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-60937

Plaintiff:
GRUPO ESPECIALIZADO DE SERVICIOS AEREOS S D RL DE CV

vs.

Defendant:
VP SALES AND CONSULTING, INC., END ET SERVICES CENTER CORPORATION

For:
John Thornton
Do Campo & Thornton, P.A.
100 S.E. 2nd St.
# 2700
Miami, FL 33131

Received by Executive Express Courier Services, LLC on the 2nd day of May, 2016 at 10:00 am to be served on **VP SALES AND CONSULTING, INC., R.A.: VANESSA PEREZ, 7280 N.W. 114th AVENUE, UNIT # 205, MIAMI, FL 33178**.

I, Jury Torres, being duly sworn, depose and say that on the **2nd day of May, 2016** at **8:00 pm, I:**

**SUBSTITUTE-RESIDENT** served by delivering a true copy of the **Summons in a Civil Action AND Complaint With Exhibits** with the date and hour of service endorsed thereon by me, to: **ARLETT GONZALEZ** as **CO-RESIDENT** at the address of: **7280 N.W. 114th AVENUE, UNIT # 205, MIAMI, FL 33178**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
GIVEN SERVICE ADDRESS IS RESIDENTIAL



## AFFIDAVIT OF SERVICE For 16-CV-60937

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 3rd day of May, 2016 by the affiant who is personally known to me.

_Mara Garcia_
NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #FF019975
EXPIRES: JUN 07, 2017
Bonded through 1st State Insurance

Jury Torres
C.P.S.# 1848

Executive Express Courier Services, LLC
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2016029227
Ref: JOSE HERNANDEZ

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e