UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

CASE NO. 16-cv-60937-Scola

Grupo Especializado de Servicios Aereos S de RL de CV**,**

    Plaintiff(s),

v.

VP Sales & Consulting, Inc.,

    Defendant(s).
_____/

It appearing that the defendant(s) herein, **VP Sales & Consulting, Inc.**, [is] in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default [is] hereby entered against defendant(s) VP Sales & Consulting, Inc., as of course, on this date June 13, 2016.

-                    **STEVEN M. LARIMORE**
                     CLERK OF COURT

                     By:   s/ L. Harris
                          L. Harris
                          Deputy Clerk

cc:     Hon. Robert N. Scola, Jr.
          Counsel of record
          VP Sales & Consulting, Inc.
          -